# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN RIVAS, Individually and as successor-of-interest on behalf of JOSUE FUENTES; JOSE DIAZ, individually and as successor-of-interest on behalf of JOSUE FUENTES,<br><br>   Plaintiffs,<br><br> vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ABDIAS VELASCO, CESAR GUTIERREZ, and DOES 1 through 10,<br><br>   Defendants. | CASE NO. CV15-00456 JFW (JEMx)<br>*Hon. John F. Walter – Ctrm 16*<br>*Hon. Mag. John E. McDermott – Ctrm. C-8th Flr.*<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER** |

 The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by the parties is hereby granted.

 IT IS SO ORDERED:

DATED:  8/5/2015

            */s/ John E. McDermott*
            _____
            John E. McDermott
            UNITED STATES MAGISTRATE JUDGE