**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 15-456-JFW (JEMx)**                                Date:  February 16, 2016

Title:    Maria Del Carmen Rivas, et al. -v- City of Los Angeles, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                                                                       None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER STRIKING JOINT PROPOSED JURY INSTRUCTIONS [filed 2/10/2016; Docket No. 50];**

           **ORDER TO SHOW CAUSE RE: SANCTIONS**

      The Court has reviewed the pretrial documents filed by the parties on February 10, 2016. The parties' Joint Proposed Jury Instructions [Docket No. 50] fail to comply with ¶ 6(f) of the Court's March 17, 2015 Scheduling and Case Management Order ("CMO"), which requires, for example, that the proposed jury instructions be "arranged in a logical sequence with each instruction sequentially numbered, and identified as 'Stipulated Instruction No. __ Re _____,' with the blanks filled in as appropriate."  Accordingly, the Joint Proposed Jury Instructions are **STRICKEN** for failure to comply with the Court's CMO.

      In addition, the parties have failed to timely file all of the pretrial documents required by the CMO, including a joint verdict form and pre-trial exhibit stipulation.  Accordingly, the parties are ordered to show cause in writing by **February 17, 2016** why sanctions in the amount of $1,500.00 should not be imposed against each party for failure to file the required pretrial documents and comply with the CMO.  In addition, the parties are ordered to file the joint verdict form, pre-trial exhibit stipulation, and revised Joint Proposed Jury Instructions on or before **February 17, 2016**.

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.